UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM ANDERSON,

              Plaintiff,

   - against -

REALNETWORKS, INC., ET AL.,

             Defendants.

22-cv-8422 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The time for the plaintiff to serve the summons and complaint is extended to **February 8, 2023**. If the plaintiff fails to serve the summons and complaint by that date, the case will be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m). The conference scheduled for February 16, 2023, is canceled.

SO ORDERED.

Dated:    New York, New York
           January 9, 2023

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                  United States District Judge