```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
WILLIAM ANDERSON,

                Plaintiff,

    - against -

REALNETWORKS, INC., ET AL.,

                Defendants.

22-cv-8422 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The plaintiff had 90 days from filing the complaint, on October 3, 2022, to serve the summons and complaint on the defendants. Fed. R. Civ. P. 4(m). After that deadline elapsed without any service on the defendants, this Court extended the time for the plaintiff to serve the summons and complaint to February 8, 2023. ECF No. 7. In that Order, the Court advised the plaintiff that failure to serve by February 8, 2023 would result in dismissal without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m).

To date, the plaintiff has failed to serve the summons and complaint on the defendants. Accordingly, this action is **dismissed without prejudice** for failure to prosecute. The Clerk is directed to close this case.

SO ORDERED.

Dated:    New York, New York
           February 15, 2023

                                            /s/ John G. Koeltl
                                            John G. Koeltl
                                        United States District Judge